AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JONATHAN CORNELIUS GLENN,

v.

LANDERA JONES, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:26-cv-00026

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered March 20, 2026, the Magistrate Judge's Report and

Recommendation is adopted as the opinion of the Court. This case is dismissed for lack of subject

matter jurisdiction.  This case stands closed.



3/20/2026
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020